# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Edwin González Sampayo, et al
v.
José Fuentes Agostini, et al

CASE NUMBER: 97-1784 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 6.15.99<br>Docket # 63<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to withdraw | Granted. Attorney José Díaz Espinosa is hereby granted leave to withdraw as counsel of record for José Fuentes Agostini and Salvador Alicea. The Puerto Rico Department of Justice shall have a new attorney make an appearance by **October 29, 1999**. Until a new attorney makes an appearance on behalf of these defendants, Elfrick Mendez Morales shall be the attorney of record for these defendants. |

| MOTION | ORDER |
|---|---|
| Date Filed: 7.6.99<br>Docket # 64<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Informative Motion | Noted. |

September 30, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge


