UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Edwin González Sampayo, et al
v.
José Fuentes-Agostini, et al

CASE NUMBER: 97-1784 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 3.31.00<br>Docket # 68<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion requesting leave to withdraw | Granted. Attorney Lynn Doble-Salicrup is granted leave to withdraw as counsel of record for José Fuentes-Agostini and Salvador Alicea-Lugo. The Clerk shall enter Gloria Robison-Guarch as counsel of record for these defendants. |

| MOTION | ORDER |
|---|---|
| Date Filed:<br>Docket #<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: | Defendant Salvador Alicea-Lugo has not yet filed an answer to the amended complaint. He is granted until **May 22, 2000**, to do so. Failure to file an answer by this deadline shall result in his being entered in default. |

DATE 4/25/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

