# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, et al,
  Plaintiffs,

v.

JOSE FUENTES-AGOSTINI., et al,
  Defendants.

Civil No. 97-1784 (HL)



## PARTIAL JUDGMENT

The Court having entered an opinion and order on this same date, partial judgment is hereby entered dismissing the claims against Aníbal Torres.

San Juan, Puerto Rico, April 25, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge



AO 72A
(Rev.8/82)