UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

    Plaintiff(s)

    v.                           CIVIL NUMBER: 97-1784 (JAG)

JOSE FUENTES AGOSTINI, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 07/24/00<br>Title: Motion to Request Order<br>Docket: 77<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| Date Filed: 08/14/00<br>Title: Motion to Compel<br>Docket: 79<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| Date Filed: 08/24/00<br>Title: Motion to Extend Discovery Deadline and for Filing of Dispositive Motion<br>Docket: 80<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. The discovery deadline is hereby extended until November 29, 2000. |

Date: 09/05/00

JAY A. GARCIA-GREGORY
U.S. District Judge