UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:OCTOBER 11, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**      **CASE NO.CIVIL 97-1784 (JAG)**

================================================================

EDWIN GONZALEZ SAMPAYO                    Attorneys:
                                          For Plaintiffs:

             VS
                                          For Defendant:
JOSE FUENTES AGOSTINI


================================================================

     By Order of the Court the pretrial/settlement conference
and the jury trial set in the above-mentioned case are hereby
vacated and set aside instead a status conference is  scheduled for
**TUESDAY, DECEMBER 19, 2000 at 3:30 PM BEFORE JUDGE GARCIA-GREORY.**

     Parties to be notified.




                              _____
                                   LILY ALICEA
                                 COURTROOM DEPUTY


S/C JURY CLERK

