UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

Plaintiff(s)

v.                                    CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/06/00<br>**Title:** Motion to Dismiss Pursuant to Fed. R. Civ. P. 37(b)<br>**Docket(s):** 84<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **DENIED.** The plaintiff shall show cause by **November 1, 2000** why it has not complied with the Court's September 5, 2000 Order. |

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge