# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/02/00<br>**Title:** Lydia Morales and Domingo Alvarez' Motion Requesting Order that Witness Gustavo Cabrera Show Cause for Failure to Attend Deposition Pursuant to Rule 45(e), Fed. R. Civ. P.<br>**Docket(s):** 91<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The Court hereby orders Gustavo Cabrera to show cause by December 15, 2000 why he did not attend his deposition on November 1, 2000. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

