UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                 DATE: DECEMBER **18,** 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           **CASE NO. CIVIL 97-1784**

==================================================================

EDWIN GONZALEZ SAMPAYO                      Attorneys:
                                            For Plaintiffs:

          VS
                                            For Defendant:
JOSE F. FUENTES AGOSTINI


==================================================================

By Order of the Court the status conference in the above-mentioned case set for DECEMBER 19, 2000 at 3:30 PM is hereby continued sine die.

**Parties to be notified.**

                                    _____
                                        LILY ALICEA
                                        COURTROOM DEPUTY

