## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.                                CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/24/00<br>**Title:** Lydia Morales and Domingo Alvarez' Motion Tendering Motion Under Seal<br>**Docket(s):** 88<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | GRANTED. |

Date: March 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

