UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/02/01<br>Title: Motion for Withdrawal Legal Representation<br>**Docket(s):** 94<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **GRANTED.** Successor counsel shall enter an appearance within thirty (30) days from the date of this order. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( 9 )
attys/pts
in ICMS