# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/03/01<br>**Title:** Defendants Lydia Morales and Domingo Alvarez' Motion to Withdraw as Legal Representation<br>**Docket(s):** 96<br>[ ] **Plff(s)**  [x] **Dft(s)**  [ ] Other | **GRANTED.** |

Date: April 23, 2001

JAY A. GARCIA GREGORY
U.S. District Judge

