# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.   CIVIL NO. 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

---

## ORDER

The Court hereby schedules a Pre-Trial and Settlement Conference on **June 14, 2001 at 4:00 p.m.** Counsel shall have the parties available, in person or by telephone, throughout the duration of the Conference. Should settlement efforts prove fruitless, the Court will schedule a trial date in July, 2001.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of June, 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge


Ct Deputy

