UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/12/01<br>**Title:** Informative Motion and Notice of Appearance<br>**Docket(s):** 103<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **GRANTED.** A status and/or settlement conference shall be held instead of a pretrial conference. |

Date: June 13, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

