UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                         DATE: JUNE 14, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            **CASE NO. 97-1784(JAG)**
==================================================================
EDWIN GONZALEZ SAMPAYO               Attorneys: ANIBAL MEDINA RIOS

        VS

 JOSE FUENTES AGOSTINI, ET AL        FRANCISCO ACEVEDO
                                     MARIA J. SURILLO
_____
        Case called for status conference.  Court informs that

discovery has been completed and that case is ready to be set for

pretrial and trial.

        Attorney Acevedo informs that he has been recently retained

in the case and he has been examining the documents and he believes

that he will be filing a motion for summary judgment as well as

attorney Surillo.

        Court indicates that they will not be allowing this at this

stage.  This is a very old case.

        Parties to meet next week to discuss possibilities of

settlement.  The Court understands that this case can be settled.

        A settlement conference is set for July 3, 2001 at 5:00 PM.

Pretrial is set for August 3, 2001 at 10:00 AM and Jury trial is

set for August 20, 2001 at 9:30 AM.

        Parties to be notified.

                              _____
                              Lily Alicea-Courtroom Deputy

s/c Jury Clerk

