UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: JULY 3, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIV. 97-1784 (JAG)**
================================================================

EDWIN GONZALEZ SAMPAYO            Attorneys: ANIBAL MEDINA RIOS

      VS

JOSE FUENTES AGOSTINI              FRANCISCO ACEVEDO
                                  MARIA JUDITH SURILLO
                                  SALVADOR ANTONETTI STUTS

================================================================

    **Case called for further settlement conference.  Plaintiff has submitted his settlement demand which defendants find too high. The Justice Department's committe is studying the demand made by plaintiff but they were not able to finish the discussion and the same is in the agenda of July 19,2001 for further discussion. The Court is to be informed by July 20, 2001 of the outcome of the negotiations.**

    **The joint proposed pretrial ordered is to be filed by August 1, 2001.  Proposed voir dire and jury instructions to be filed by August 3, 2001.**

    Parties to be notified.

_Lily Alicea_
Lily Alicea-Courtroom Deputy



