# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

    **Plaintiff(s)**

      **v.**                **CIVIL NUMBER:** 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   11/02/00<br>**Title:**  Lydia Morales and Domingo Alvarez' Motion Requesting Order that Witness Gustavo Cabrera Show Cause for Failure to Attend Deposition Pursuant to Rule 45(e), Fed. R. Civ. P.<br>**Docket(s):** 91<br>[ ] **Plff(s)**    [x ] **Dft(s)**    [ ] **Other** | **GRANTED** as requested. |

**Date:**  July 9, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



