UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

   **Plaintiff(s)**

   v.                              CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/13/01<br>**Title:** Motion to Convert Pre-Trial Conference to a Status Conference<br>**Docket(s):** 105<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **MOOT.** |
| **Date Filed:** 06/14/01<br>**Title:** Motion to be Withdrawn as Counsel of Record<br>**Docket(s):** 106<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: July 9, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge