UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                   DATE: August 15, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        CASE NO. CIV. 97-1784 (JAG)

===============================================================

EDWIN GONZALEZ SAMPAYO            Attorneys: ANIBAL MEDINA RIOS

     VS

JOSE FUENTES AGOSTINI             FRANCISCO ACEVEDO
                                  MARIA JUDITH SURILLO

---

Case called for pretrial conference. Court engages in settlement negotiation with the parties but at this time they are apart. They are to make one last effort to try to settle. Defendants will submit to the committee the settlement amount and will inform plaintiff of the outcome. Then they will notify the Court if the case was settled or not.

If case is not settled the case will proceed to be tried on Monday as scheduled.

Parties to be notified.

                                                  _Lily Alicea_
                                           Lily Alicea-Courtroom Deputy