IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO

**Plaintiff(s)**

v.   CIVIL NO. 97-1784 (JAG)

JOSE FUENTES AGOSTINI, et al

**Defendant(s)**

---

### ORDER

The trial in this matter is hereby rescheduled to **Monday, September 4, 2001.** The Court has been informed that the parties are engaged in late-stage settlement negotiations and would like to have a few more days to explore settlement prospects. The parties shall inform the Court by **Monday, August 27, 2001,** whether they have reached a settlement. If they are not successful, the Court will expect all parties to be ready to begin trial on September 4.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of August, 2001.



JAY A. GARCIA-GREGORY
U.S. District Judge

