UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Plaintiff's Motion in Limine Seeking Exclusion of Obelinda Ortiz; Miguel Román, Alvin Andújar as Witnesses at the Trial (08/17/01); Urgent Motion in Opposition to Plaintiff's Motion in Limine Seeking Exclusion, etc. (by Salvador Alicea, 08/22/01); Supplement to "Urgent Motion in Opposition, etc. (by Salvador Alicea, 08/23/01)<br>**Docket(s):** 132, 134, 135<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | These motions are held in abeyance pending disposition of the qualified immunity issue argued and submitted during the Pretrial Conference. |

Date: August 29, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


