UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/23/01<br>Title: Motion to Supplement Proposed Pre-Trial Order and Motion to Submit Document Under Seal<br>**Docket(s):** 136 + 137<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The Court will accept the D. E. A. form under seal. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/24/01<br>Title: Motion to Supplement Proposed Pre-Trial Order<br>**Docket(s):** 138<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The Pre-Trial Order shall be supplemented accordingly. |

Date: August 29, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


