UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

Plaintiff(s)

v.                                    CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/2/01<br>**Title:** Urgent Motion Requesting Continuance of Trial (by co-defendants Lydia Morales, et al)<br>**Docket(s):** 139<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The Court has reviewed the Urgent Motion Requesting Continuance of Trial as supplemented by the Statement Under Penalty of Perjury filed by co-defendant Domingo Alvarez and has reset the trial in this case for **November 5, 2001** at **9:30 a.m.**<br><br>The Court will look with disfavor on any further motions for continuance. It urges the parties, however, to continue their settlement negotiations pending a pretrial ruling on the issue of qualified immunity argued and submitted during the Pretrial Conference. |

Date: August 29, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

