RECEIVED & FILED
'01 SEP -6 AM 11: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

**v.** **CIVIL NUMBER:** 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/28/01<br>**Title:** Motion Joining Motion to Supplement Proposed Pre-Trial Order<br>**Docket(s):** 140<br>[ ] **Plff(s)** [x ] **Dft(s)** [ ] **Other** | **GRANTED.** |

**Date:** September 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



