UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

   **Plaintiff(s)**

        v.                           CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/20/01<br>**Title:** Motion of Atty. Russell del Toro Requesting Order to Correct Case Docket<br>**Docket(s):** 133<br>[ ] **Plff(s)**  [x] **Dft(s)**  [ ] **Other** | **GRANTED.** Attorney Russell A. del Toro is to be eliminated from the notification list in this case. |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge