UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

   Plaintiff(s)

   v.                                 CIVIL NUMBER: 97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/29/01<br>**Title:** Motion Submitting Statement Under Penalty of Perjury in Support of Request for Continuance of Trial<br>**Docket(s):** 141<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The Court has already continued the case for November 5, 2001 on the basis of this statement. |

Date: September 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge