IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, et al
**Plaintiff(s)**

v.

JOSE A. FUENTES AGOSTINI, et al

**Defendant(s)**

CIVIL NO.   97-1784 (JAG)

## ORDER

Dispositive motions in this case are to be filed no later than **November 30, 2001.** Responses shall be due by **December 28, 2001.**

A Final Pretrial and Settlement Conference is set for **February 28, 2002** at **10:00 a.m.** Jury Trial shall commence on **March 11, 2002** at **9:30 a.m.**

Voir dire questions, preliminary instructions with a joint statement of what the case is about are due on the Pretrial date. Final jury instructions to be submitted **10 days** prior to Trial.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge