IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 NOV 14 PM 1:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EDWIN GONZALEZ-SAMPAYO, et al

    **Plaintiff(s)**

    v.

CIVIL NO. 97-1784 (JAG)

JOSE FUENTES AGOSTINI, et al

    **Defendant(s)**

---

### JUDGMENT

Pursuant to a Joint Motion Requesting Voluntary Dismissal With Prejudice and Entry of Judgment and the Confidential Settlement Agreement appended thereto filed by the parties, this case is dismissed against all defendants with prejudice.

The appended Confidential Agreement shall remain under seal until further orders of the Court.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of November 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge