UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN GONZALEZ SAMPAYO, ET AL

**Plaintiff(s)**

v.                                                            CIVIL NO.   97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 03/04/02<br>Title: Motion for Consignment Under Rule 67<br>Docket(s): 152 | GRANTED. |

[ ] Plff(s)   [X] Dft(s)   [ ] Other

Date: March 13, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


