CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO** 2002 APR -9  AM 9: 32

RECEIVED AND FILED

EDWIN GONZALEZ SAMPAYO, ET AL

    **Plaintiff(s)**

        v.    CIVIL NO.    97-1784 (JAG)

JOSE A. FUENTES AGOSTINI, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**  03/19/02<br>**Title:**  Application for Withdrawal of Funds<br>**Docket(s):**  154<br><br>[X] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | **GRANTED.**  The Clerk shall disburse the funds to plaintiffs Edwin Gonzalez-Sampayo and Eric Muñoz Candanedo through a check issued to their order and notified to their counsel of record. |

**Date:**  April 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

(B)  FINANCE

155